IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | | |
|---|---|---|
| BOARD OF TRUSTEES, SHEET METAL WORKERS' NATIONAL PENSION FUND, *et al.*, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Action No. 1:19-cv-1138 |
| SP HEATING AND COOLING, INC., Defendant. | ) ) ) | |

## ORDER

On April 23, 2020, United States Magistrate Judge Ivan D. Davis entered Proposed Findings of Fact and Recommendations (the "Report") in this case, recommending that default judgment be entered in favor of the Boards of Trustees of the Sheet Metal Workers' National Pension Fund, the International Training Institute for the Sheet Metal and Air Conditioning Industry, the Sheet Metal Workers' Occupational Health Institute Trust, and the National Energy Management Institute Committee (collectively, "Plaintiffs") against Defendant SP Heating and Cooling, Inc.

Upon consideration of the record and Judge Davis' Report, to which no objections have been filed, and having found no clear error,[1]

The Court **ADOPTS**, as its own, the findings of fact and recommendations of the United States Magistrate Judge, as set forth in the Report (Dkt. 13).

---

[1] *See Diamond v. Colonial Life & Acc. Ins. Co.*, 416 F.3d 310, 315 (4th Cir. 2005) (in the absence of any objections to a magistrate's report, the court "need not conduct a *de novo* review, but instead must 'only satisfy itself' that there is no clear error on the face of the record in order to accept the recommendation.'").

Accordingly,

It is hereby **ORDERED** that plaintiff's motion for default judgment (Dkt. 8) is **GRANTED**.

It is further **ORDERED** that default judgment is entered against Defendant SP Heating and Cooling, Inc. and in favor of Plaintiffs on Counts I and II of the Complaint in a total amount of $17,076.17. With respect to Count I, Plaintiffs are entitled to damages in the amount of $4,932.67, which consist of (i) $3,758.04 in delinquent contributions; (ii) $751.60 in liquidated damages; (iii) $410.98 in interest through November 8, 2019; and (iv) $12.05 in interest on late payments. With respect to Count II, plaintiffs are entitled to damages in the amount of $9,182.66, which consist of (i) $7,356.96 in exit contributions; (ii) $1,471.39 in liquidated damages; and (iii) $354.31 in interest through November 8, 2019. Plaintiffs are also entitled to $2,433 in attorney's fees and $527.84 in costs.

The Clerk of the Court is directed to enter Rule 58 judgment against Defendant SP Heating and Cooling, Inc. and in favor of Plaintiffs Inc. on Counts 1 and II in the amount of $17,076.17, which consists of (i) $4,932.67 on Count I; (ii) $9,182.66 on Count II; and (iii) $2,960.84 in attorney's fees and costs.

The Clerk is further directed to provide a copy of this Order to all counsel of record, and to place this matter among the ended causes.

Alexandria, Virginia
May 15, 2020

/s/
_____
T. S. Ellis, III
United States District Judge

2